ORDER:
motion granted.
John Bryant,
USMJ

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:13-00228 |
| v. | ) | Judge Bryant |
| | ) | |
| JONATHAN CAINE | ) | |

## MOTION TO UNSEAL

Comes now the United States by and through Blanche B. Cook, Assistant United States Attorney and hereby requests that the plea agreement, petition to enter a plea of guilty, Information, and all documents associated with the above-referenced case be unsealed.

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

*s/ Blanche B. Cook*
BLANCHE B. COOK
    Assistant United States Attorney
A-961 U.S. Courthouse
110 Ninth Avenue South
Nashville, Tennessee 37203
Telephone: 615-736-5151