UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:13-cr-00228 |
| v. | ) | |
| | ) | JUDGE BRYANT |
| JONATHAN CAINE | ) | |

**POSITION OF THE GOVERNMENT WITH
REGARDS TO THE PRESENTENCE INVESTIGATION REPORT**

The United States of America (the "Government"), by and through its undersigned attorney, hereby states that it has no additions, corrections, or objections to the Presentence Investigation Report prepared in this case.

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

s/ *Blanche B. Cook*
BLANCHE B. COOK
Assistant United States Attorney
110 Ninth Avenue South, Suite A961
Nashville, Tennessee 37203-3870
Telephone: (615) 736-5151

1

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document was served this 4th day of February, 2014 via the electronic filing system upon counsel for the defendant:

**Hal D. Hardin**
211 Union Street
Suite 200
Nashville, TN 37201

                                                *s/ Blanche B. Cook*
                                                Blanche B. Cook, AUSA

2

Case 3:13-cr-00228   Document 13   Filed 02/04/14   Page 2 of 2 PageID #: 31